# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINGO JACOBO CASTILLO ,<br><br>Defendant. | CR-04-2157-FVS<br><br>ORDER DENYING MOTION TO ALTER JUDGMENT |

**THE COURT** having twice previously denied the defendant's requests for resentencing (ECF Nos. 76, 78); and the defendant having filed yet another request for resentencing; Now, therefore

 **IT IS HEREBY ORDERED**:

1. The defendant's "Motion to Alter or Amend" (ECF No. 79) is denied.

2. The Court will not consider any further requests for resentencing by the defendant.

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to file this order, furnish a copy to the defendant, **and close the case**.

**DATED** this 7th day of October, 2016.

 s/Fred Van Sickle
 FRED VAN SICKLE
Senior United States District Judge

Order ~ 1